UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:18-CV-11877-ADB

LEON STUART,

    Plaintiff,

    v.

CITY OF GLOUCESTER,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate that all claims in this action be dismissed, with prejudice. The parties further waive the award of interest, costs, and/or attorneys' fees, and waive all rights of appeal.

| Respectfully submitted, | Respectfully submitted, |
| --- | --- |
| The Plaintiff, | The Defendant, |
| Leon Stuart, | City of Gloucester, |
| By his attorneys, | By its attorneys, |
| | |
| */s/ Timothy M. Burke* | */s/ Thomas R. Donohue* |
| Timothy M. Burke, BBO# 065720 | Thomas R. Donohue, BBO# 643483 |
| Jared S. Burke, BBO# 677851 | Brody, Hardoon, Perkins & Kesten, LLP |
| Law Offices of Timothy M. Burke | 699 Boylston Street, 12th Floor |
| 117 Kendrick Street, Suite 300 | Boston, MA 02116 |
| Needham, MA 02494 | (617) 880-7100 |
| (781) 455-0707 | tdonohue@bhpklaw.com |
| tburke@timburkelaw.com | |
| jburke@timburkelaw.com | |

DATED: June 21, 2022

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                                  */s/ Thomas R. Donohue*
                                                  Thomas R. Donohue, BBO# 643483

DATED: June 21, 2022